United States District Court
Southern District of Texas
**ENTERED**
January 21, 2026
Nathan Ochsner, Clerk

## STATEMENT IN SUPPORT OF PROBABLE CAUSE

IN RE:  Dolores ALVARADO-Arteaga

I, Arely G. Molina, declare and state as follows:

On or about January 20, 2026, the defendant Dolores ALVARADO-Arteaga was apprehended in Laredo, Texas. After a brief interview it was determined that, Dolores ALVARADO-Arteaga was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Dolores ALVARADO-Arteaga was previously REMOVED from the United States on 10/21/2025 at Del Rio, TX. There is no record that Dolores ALVARADO-Arteaga has applied for or received permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 21st day of January, 2026 at Laredo, Texas.

Arely G. Molina
Border Patrol Agent
United States Border Patrol

I find probable cause that the defendant(s) committed an offense against the laws of the United States and may be therefore further detained pending presentment before a judicial officer.

January 21, 2026, 10:44 AM, at Laredo, Texas.

Christopher dos Santos
United States Magistrate Judge